IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIM LOWERS, | ) | 1:04-cv-6675 AWI TAG |
| | ) | |
|     Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO EXTEND TIME |
| v. | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
|     Defendant. | ) | |

The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's opening brief be extended from November 14, 2005 to December 14, 2005.

This is defendant's second request for an extension of time to respond to plaintiff's opening brief. Defendant needs the additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: November 1, 2005

/s/ Gina M. Fazio
(as authorized by facsimile)
GINA M. FAZIO
Attorney for Plaintiff

1

1  Dated: November 1, 2005            McGREGOR W. SCOTT
                                      United States Attorney
2

3
                                      /s/ Kristi C. Kapetan
4                                     KRISTI C. KAPETAN
                                      Assistant U.S. Attorney
5

6
   IT IS SO ORDERED.
7
   **Dated:   November 22, 2005**            **/s/ Theresa A. Goldner**
8  j6eb3d                             UNITED STATES MAGISTRATE JUDGE

2