McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH FIRER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Elizabeth.Firer@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| KIM LOWERS, | CIVIL NO. 1:04-CV-06675-TAG |
| Plaintiff, | |
| v. | STIPULATION AND PROPOSED ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    It is stipulated by the parties through their undersigned counsel, with the Court's approval, that Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of THREE THOUSAND, FOUR HUNDRED TWENTY DOLLARS AND ZERO CENTS ($3,420.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

    Payment of fees in the amount of THREE THOUSAND, FOUR HUNDRED TWENTY DOLLARS AND ZERO CENTS ($3,420.00) shall constitute a complete release from and bar to any and all claims by Plaintiff relating to EAJA fees in connection with this action, without prejudice to any

future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

                                           Respectfully submitted,

Dated: July 20, 2007            /s/ *Gina Fazio*
                                           (As authorized via facsimile)
                                           GINA FAZIO
                                           Attorney for Plaintiff

Dated: July 20, 2007            McGREGOR W. SCOTT
                                           United States Attorney
                                           LUCILLE GONZALES MEIS
                                           Regional Chief Counsel, Region IX
                                           Social Security Administration

                                           /s/ *Elizabeth Firer*
                                           ELIZABETH FIRER
                                           Special Assistant U.S. Attorney

                                           Attorneys for Defendant

                                                <u>ORDER</u>

IT IS SO ORDERED.

**Dated:   July 23, 2007**                       **/s/ Anthony W. Ishii**
                                            UNITED STATES DISTRICT JUDGE